MORGAN, LEWIS & BOCKIUS LLP
Daryl S. Landy Bar No. 136288
daryl.landy@morganlewis.com
Nancy Nguyen Bar No. 301677
nancy.nguyen@morganlewis.com
600 Anton Blvd., Suite 1800
Costa Mesa, CA  92626
Tel:     714.830.0600
Fax:    714.830.0700

Attorneys for Defendant
CITIBANK, N.A.


LAVI & EBRAHIMIAN, LLP
JOSEPH LAVI, ESQ. (SBN 209776)
  E-Mail: jlavi@lelawfirm.com
VINCENT C. GRANBERRY, ESQ. (SBN 276486)
  E-Mail: vgranberry@lelawfirm.com
AARON D. BOAL, ESQ. (SBN 327005)
  E-Mail: aboal@lelawfirm.com
8889 West Olympic Blvd., Suite 200
Beverly Hills, CA 90211
Telephone (310) 432-0000
Facsimile  (310) 432-0001

Attorneys for Plaintiff EMILY BJORKLUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY BJORKLUND, on behalf of herself and others similarly situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITIBANK, N.A.; and DOES 1 to 100, inclusive,<br><br>             Defendant. | Case No. 3:22-cv-09085-RS<br><br>**STIPULATION TO REQUEST ORDER VACATING CASE MANAGEMENT CONFERENCE; ORDER** |

Pursuant to Civil Local Rule 7-12, Plaintiff Emily Bjorklund ("Plaintiff") and Defendant Citibank, N.A. ("Citibank"), by and through their respective counsel of record, stipulate and request an order vacating the Initial Case Management Conference as follows:

WHEREAS, the Initial Case Management Conference in this action currently is set for November 2, 2023;

WHEREAS, on April 24, 2023, the Court entered an Order granting the Parties' Stipulation for Plaintiff to Submit Claims to Binding Arbitration and Dismiss Class Action Allegations, in which the Court ordered that "[t]his Action is stayed for purposes of completion of the Parties' arbitration proceedings on Plaintiff's individual claims" (Dkt No. 14); and

WHEREAS, in light of the stay of this Action and Plaintiff's submission of her claims to individual arbitration, the Parties agree that the Case Management Conference should be vacated;

NOW, THEREFORE, the Parties stipulate and agree as follows:

1. The Initial Case Management Conference set for November 2, 2023 shall be vacated.

2. The Parties shall submit a Status Report by October 27, 2024 regarding the status of the Parties' arbitration proceedings.

IT IS SO STIPULATED.

Dated: October 27, 2023         MORGAN, LEWIS & BOCKIUS LLP

                                By _____
                                   Daryl S. Landy
                                   Attorneys for Defendant
                                   CITIBANK, N.A.

Dated: October 27, 2023         LAVI & EBRAHIMIAN, LLP

                                By _____
                                   Aaron D. Boal
                                   Attorney for Plaintiff
                                   EMILY BJORKLUND

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

Case No. 3:22-cv-09085-RS
STIPULATION TO REQUEST ORDER
VACATING CASE MANAGEMENT
CONFERENCE; ORDER

DB2/ 46870332.2

# **ORDER**

Pursuant to the Parties' Stipulation and for good cause appearing, the Court hereby ORDERS as follows:

1. The Initial Case Management Conference set for November 2, 2023 is vacated.

2. The Parties shall submit a Status Report by October 27, 2024 regarding the status of the Parties' arbitration proceedings.

**IT IS SO ORDERED.**

Date: October 27, 2023

_____
Hon. Richard Seeborg
Chief Judge of the United States District Court for the Northern District of California